UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RICHARD COLE,<br><br>Plaintiff,<br><br>v.<br><br>SANTA RITA JAIL,<br><br>Defendant. | Case No. 18-cv-02874-HSG (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT; DENYING REQUEST FOR COURT ORDER TO DISCLOSE NAMES OF DEFENDANTS**<br><br>Re: Dkt. Nos. 11, 12 |

On May 16, 2018, plaintiff, a prisoner at the California Substance Abuse Treatment Facility in Corcoran, California, filed a *pro se* complaint under 42 U.S.C. § 1983 against the medical department at the Santa Rita Jail ("Santa Rita"), where he was previously incarcerated. Plaintiff alleges that he suffered a delay in dental care and ineffective pain treatment for three tooth abscesses during his time at Santa Rita. On July 23, 2018, the Court reviewed the complaint and found that it stated an Eighth Amendment claim for deliberate indifference to serious medical needs. However, because plaintiff failed to link any defendant(s) to the claim, the complaint was dismissed with leave to amend. Now before the Court is plaintiff's: (1) discovery request seeking a court order directing that the duty roster for the dental department at Santa Rita be produced to plaintiff, along with the department's practice and procedures; and (2) request for extension of time to file the amended complaint so that plaintiff can undertake to identify the names of defendant(s).

At this point, no defendant has been ordered served. The Court therefore lacks personal jurisdiction over anyone who could be ordered to provide the dental department information that plaintiff requests. Accordingly, the motion for discovery is DENIED. Denial is without prejudice to re-filing if and when one or more defendants are served.

1    Plaintiff may write to the jail to obtain a copy of his dental records, which should have the name(s) on them. Experience teaches that inmates' medical care and requests generally are well-documented. If such attempts fail, plaintiff is free to attempt to obtain his information by using a subpoena duces tecum, also sometimes known as a records subpoena. Federal Rule of Civil Procedure 45 sets out the rules for issuing, serving, protesting, and responding to a subpoena duces tecum. Rule 45(d)(2)(A) allows a subpoenaing party to command production of documents and other things, without requiring the subpoenaed person or entity to personally appear at the place of production. The Clerk shall send to plaintiff two blank subpoena forms for him to fill out completely and return to the Court to be issued by the Clerk so that he may serve them, if plaintiff so chooses.

Good cause appearing, plaintiff's motion for an extension of time to file an amended complaint is GRANTED. In order to give plaintiff sufficient time to investigate and name the proper defendant(s), plaintiff shall file an amended complaint within **ninety (90)** days from the date of this order. **Failure to amend within the designated time and in accordance with the July 23, 2018 order dismissing the complaint with leave to amend will result in the dismissal of this case.**

The Clerk shall send a courtesy copy of this order to the Alameda County Counsel's Office. It is requested that counsel work with the dental department at Santa Rita Jail to provide plaintiff a copy of his dental records.

This order terminates Docket Nos. 11 and 12.

**IT IS SO ORDERED.**

Dated: 8/31/18

HAYWOOD S. GILLIAM, JR.
United States District Judge