UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RICHARD COLE,<br>　　　　Plaintiff,<br>　v.<br>SANTA RITA JAIL,<br>　　　　Defendant. | Case No. 18-cv-02874-HSG (PR)<br><br>**ORDER REGARDING PLAINTIFF'S REQUEST FOR SUBPOENA; EXTENDING TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 17 |

On May 16, 2018, plaintiff, a prisoner at the California Substance Abuse Treatment Facility in Corcoran, California, filed a *pro se* complaint under 42 U.S.C. § 1983 against the medical department at the Santa Rita Jail ("Santa Rita"), where he was previously incarcerated. Plaintiff alleges that he suffered a delay in dental care and ineffective pain treatment for three tooth abscesses during his time at Santa Rita. On July 23, 2018, the Court reviewed the complaint and found that it stated an Eighth Amendment claim for deliberate indifference to serious medical needs. However, because plaintiff failed to link any defendant(s) to the claim, the complaint was dismissed with leave to amend.

Plaintiff reports that he has attempted to obtain through informal means the name(s) of the dental staff that treated him during his time at Santa Rita, but that he has not received a response. He requests to now obtain the information using a records subpoena. Pursuant to plaintiff's request, the Clerk shall send petitioner a blank subpoena form. Plaintiff shall fill out the front side of the form according to its instructions, **leaving the signature line and date blank**. Only the Clerk or an attorney authorized to practice in the issuing court may sign a subpoena. *See* FRCP 45(a)(1)(D)(3). After completing the form, plaintiff shall return the form to the Court, with the signature and date line blank. The Clerk will review the completed form and, if the form is not deficient, the Clerk will then sign and issue the subpoena.

The Clerk shall send a courtesy copy of this order along with the July 23, 2018 order of dismissal with leave to amend (dkt. no. 8) to the Alameda County Counsel's Office. County Counsel is strongly encouraged to promptly provide to plaintiff a copy of his dental records for the time he was housed at Santa Rita if they have not done so yet.

The Court sua sponte extends the time for plaintiff to file his amended complaint. In order to give plaintiff sufficient time to discover the name(s) of the proper defendant(s), plaintiff shall file an amended complaint within **ninety (90)** days from the date of this order.

**IT IS SO ORDERED.**

Dated: 12/7/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge