UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RICHARD COLE,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA RITA JAIL,<br><br>    Defendant. | Case No. 18-cv-02874-HSG (PR)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL; SUA SPONTE EXTENDING TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 23 |

On May 16, 2018, plaintiff, a prisoner at the California Substance Abuse Treatment Facility in Corcoran, California, filed a *pro se* complaint under 42 U.S.C. § 1983 against the medical department at the Santa Rita Jail ("Santa Rita"), where he was previously incarcerated. Plaintiff alleges that he suffered a delay in dental care and ineffective pain treatment for three tooth abscesses during his time at Santa Rita. On July 23, 2018, the Court reviewed the complaint and found that it stated an Eighth Amendment claim for deliberate indifference to serious medical needs. However, because plaintiff failed to link any defendant(s) to the claim, the complaint was dismissed with leave to amend. Dkt. No. 8.

On August 31, 2018, the Court granted plaintiff's request for an extension of time, to November 29, 2018, to file an amended complaint so that plaintiff could determine the names of the proper defendants. Dkt. No. 13. On December 7, 2018, the Court granted plaintiff's request to obtain the information through a records subpoena on Santa Rita and sua sponte granted a second extension of time, to March 7, 2019, to file an amended complaint. Dkt. No. 19.

On February 28, 2019, plaintiff filed a letter with the Court complaining that Santa Rita has not responded to his records subpoena and requesting appointment of counsel. Dkt. No. 23. Given that Santa Rita may simply need additional time to respond plaintiff's subpoena requests,

exceptional circumstances requiring the appointment of counsel are not evident. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). The request for appointment of counsel is therefore DENIED. The Court will consider appointment of counsel on its own motion, and seek volunteer counsel to agree to represent plaintiff pro bono, if it determines at a later time in the proceedings that appointment of counsel is warranted.

The Court again sua sponte extends the time for plaintiff to file his amended complaint. Plaintiff shall file an amended complaint within **ninety (90)** days from the date of this order. If plaintiff still has not received a response to his records subpoena within that time, he shall notify the Court.

This order terminates Dkt. No. 23.

**IT IS SO ORDERED.**

Dated: 3/12/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge