UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER RICHARD COLE,

    Plaintiff,

v.

SANTA RITA JAIL,

    Defendant.

Case No. 18-cv-02874-HSG

**ORDER *SUA SPONTE* GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

On May 16, 2018, Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983 against the medical department at the Santa Rita Jail ("Santa Rita"), where he was previously incarcerated. Plaintiff alleges that he suffered a delay in dental care and ineffective pain treatment for three tooth abscesses during his time at Santa Rita. On July 23, 2018, the Court reviewed the complaint and found that it stated an Eighth Amendment claim for deliberate indifference to serious medical needs. However, because plaintiff failed to link any defendant(s) to the claim, the complaint was dismissed with leave to amend. Dkt. No. 8. Since then, the Court has granted multiple extensions of time to amend the complaint, and granted Plaintiff's request to determine the names of the proper defendants through a records subpoena on Santa Rita. Dkt. Nos. 13, 19, 24. In the Court's order dated March 12, 2019, the Court *sua sponte* granted Plaintiff an extension of time to June 10, 2019 to file an amended complaint linking specific defendants to his Eighth Amendment claim. Dkt. No. 24. The Court also instructed Plaintiff to inform the Court if he had not yet received a response to his records subpoena by June 10, 2019. Dkt. No. 24. The deadline for filing the amended complaint has passed, and Plaintiff has not communicated with the Court or filed an amended complaint. The Court will *sua sponte* grant Plaintiff an additional extension of time to August 23, 2019 to amend the complaint. Failure to file an amended complaint within the

time provided or to otherwise communicate with the Court will result in dismissal of this action without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated: 7/24/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge