UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RICHARD COLE,<br>　　　　Plaintiff,<br>　v.<br>SANTA RITA JAIL,<br>　　　　Defendant. | Case No. 18-cv-02874-HSG<br>**ORDER OF DISMISSAL** |

On May 16, 2018, Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983 against the medical department at the Santa Rita Jail ("Santa Rita"), where he was previously incarcerated. Dkt. No. 1. Plaintiff alleges that he suffered a delay in dental care and ineffective pain treatment for three tooth abscesses during his time at Santa Rita. *Id.* On July 23, 2018, the Court reviewed the complaint and found that it stated an Eighth Amendment claim for deliberate indifference to serious medical needs. Dkt. No. 8. However, because plaintiff failed to link any defendant(s) to the claim, the complaint was dismissed with leave to amend. *Id.* Since then, the Court has granted multiple extensions of time to amend the complaint, and granted Plaintiff's request to determine the names of the proper defendants through a records subpoena on Santa Rita. Dkt. Nos. 13, 19, 24, 25. The most recent order granted Plaintiff an extension of time to August 23, 2019 to file an amended complaint correcting the deficiencies identified in the Court's July 23, 2019 order of dismissal with leave to amend. Dkt. No. 25. Plaintiff did not file an amended complaint, and the deadline by which to do so has passed. Plaintiff has also not communicated with the Court since March 4, 2019.

//

//

For the foregoing reasons, and the reasons stated in the Court's July 23, 2019 order of dismissal with leave to amend, this action is DISMISSED for failure to state a claim upon which relief may be granted. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 10/23/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge