UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER RICHARD COLE,

    Plaintiff,

v.

SANTA RITA JAIL,

    Defendant.

Case No. 18-cv-02874-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, this action is DISMISSED for failure to state a claim. Judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/23/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge