UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RICHARD COLE,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA RITA JAIL,<br><br>    Defendant. | Case No. 18-cv-02874-HSG<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST TO REOPEN**<br><br>Re: Dkt. No. 31 |

On May 16, 2018, Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983 against Santa Rita Jail ("SRJ"), alleging that he had not received treatment for his serious dental needs, in violation of the Eighth Amendment. Dkt. No. 1. On October 23, 2019, the Court dismissed this action and entered judgment in favor of defendant because plaintiff failed to file an amended complaint that cured the deficiency identified in the Court's July 23, 2018 screening order, namely that he had failed to link any defendant(s) to his claim. Dkt. Nos. 27, 28.[1] On May 26, 2020, approximately seven months after the dismissal, the Court has received a letter from plaintiff, which the Court construes as a request to reopen the case. Dkt. No. 31. The Court DENIES this request without prejudice to re-filing a renewed request which includes an amended complaint that addresses the deficiency identified in the Court's July 23, 2018 screening order and sets forth a showing of good cause for the failure to comply with the Court's deadline.

//

---

[1] The Court granted plaintiff multiple extensions of time to amend the complaint, and granted plaintiff's request to determine the names of the proper defendants through a records subpoena on Santa Rita Jail. Dkt. Nos. 13, 19, 24, 25. The last time plaintiff communicated with the Court was over a year ago, on March 4, 2019. Dkt. No. 23. Plaintiff's request to reopen this case (Dkt. No. 31) comes nearly two years after the Court's initial screening order.

1     This order terminates Dkt. No. 31.

2     **IT IS SO ORDERED.**

3 Dated: 6/11/2020

    *(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge